# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JOANNE WALSH,

      Plaintiff,

v.

HNTB CORPORATION,

      Defendant.

Civil Action No. _____

## DEFENDANT HNTB CORPORATION'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws), Defendant HNTB Corporation ("HNTB"), by and through counsel, removes the case captioned *Joanne Walsh v. HNTB Corporation,* bearing Case Number 2284CV00455, from the Suffolk County Superior Court to the United States District Court for the District of Massachusetts. Pursuant to 28 U.S.C. § 1446(a), HNTB provides the following statement of grounds for removal:

1. On March 1, 2022, Plaintiff Joanne Walsh ("Plaintiff") filed suit against HNTB in the Suffolk County Superior Court. The Complaint is captioned as follows: *Joanne Walsh v. HNTB Corporation,* Case Number 2284CV00455 (the "State Court Action"). A true and correct copy of Plaintiff's Complaint served upon HNTB in the State Court Action is attached hereto as Exhibit 1, along with all other process, pleadings, orders, and other papers filed and received by HNTB.

2. Pursuant to 28 U.S.C. § 1446(b) "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading." Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

3. Plaintiff's Complaint alleges that HNTB violated Massachusetts Code – Chapter 151B, M.G.L. c. 151B, the Age Discrimination in Employment Act, 29 U.S.C. § 621-632 *et seq.* ("ADEA"), and breached a covenant of good faith and fair dealing.

4. According to her Complaint, Plaintiff seeks, among other remedies: "loss of wages and other benefits," "emotional distress damages," "pecuniary and nonpecuniary losses," "statutory interest," "punitive damages," "costs," and "attorneys' fees." (See generally *Complaint*).

5. Removal of this action is proper because it is a civil action within this Court's original jurisdiction pursuant to 28 U.S.C. § 1331.

## Federal Question Jurisdiction

6. This action is removable pursuant to 28 U.S.C. § 1441(a) because it is within the original jurisdiction of this Court under 28 U.S.C. § 1331, in that it involves a claim arising under the laws of the United States.

7. Plaintiff's action involves a federal question under 28 U.S.C. § 1331 in that she, on the face of her Complaint, purports to assert a federal claim arising under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621-634 *et seq.* (See Complaint ¶¶ 45-48.)

8. Because Plaintiff's purported claim arises under the laws of the United States, this action is removable under 28 U.S.C. § 1441(a).

## Procedure and Venue

9. Pursuant to 28 U.S.C. § 1446(a), any civil action from a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing the place where

such action is pending. This Court embraces Suffolk County, Massachusetts. *See* 28 U.S.C. § 101.

10. The United States District of Massachusetts is the proper venue to file this Notice of Removal under 28 U.S.C. § 1446(a) because it is the federal district court that embraces Suffolk County, Massachusetts, the place where this action was filed. *See* 28 U.S.C. § 101.

11. This Notice of Removal is filed within thirty (30) days of the date HNTB received service of the Complaint, and, therefore, is timely pursuant to 28 U.S.C. § 1446(b).

12. Pursuant to 28 U.S.C. § 1446(a), attached hereto and marked as *Exhibit 1*, is a true and correct copy of all process, pleadings and orders which, as of the date hereof, have been served upon HNTB in the State Court Action.

13. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this case is being served on counsel for Plaintiff, and a Notice of Filing Notice of Removal will be filed promptly in the Suffolk County Superior Court of the Commonwealth of Massachusetts.

14. By removing this action from Suffolk County, HNTB does not admit any of the allegations in plaintiff's Complaint.

15. HNTB does not waive any defenses and expressly reserves its right to raise any and all defenses in subsequent proceedings.

16. HNTB reserves the right to amend or supplement this Notice of Removal.

17. If any question arises as to the propriety of this removal, HNTB respectfully requests the opportunity to present written and oral argument in support of removal.

## **Conclusion**

For the foregoing reasons, HNTB removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws).

                                          Respectfully submitted,

                                          SHOOK, HARDY & BACON L.L.P.

DATED: March 25, 2022                By: */s/ Alan Y. Wong*
                                          Alan Y. Wong (BBO# 687618)
                                          Mark Tatum*
                                          Ivelisse Saint-Clair*
                                          SHOOK, HARDY & BACON L.L.P.
                                          One Federal St., Ste. 2540
                                          Boston, MA 02110
                                          Telephone: (617) 531-1411
                                          Facsimile: (617) 531-1602
                                          awong@shb.com
                                          mtatum@shb.com
                                          iclair@shb.com

                                          *\*Applications for Pro Hac Vice Admission Forthcoming*

                                          Attorneys for Defendant HNTB Corporation

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on March 25, 2022.

Ryan Kenny
HKM Employment Attorneys LLP
10 High Street, Suite 401
Boston, Massachusetts 02110
(617) 297-2002
Rkenny@hkm.com

                                                   */s/Alan Y. Wong*
                                                   Alan Y. Wong, Esq.