UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JOANNE WALSH**

        Plaintiff(s)

v.                                            CIVIL ACTION NO. **22-10453-NMG**

**HNTB CORPORATION**

        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

**GORTON, D.J.**

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by the Court**. In accordance with the Memorandum and Order dated December 21, 2023, D. 44, granting defendant's Motion for Summary Judgment;

    **IT IS ORDERED AND ADJUDGED**

Judgment for the defendant HNTB Corporation.

                                                                       Robert M. Farrell, Clerk

Dated: December 21, 2023                                     /s/ Haley Currie
                                                                ( By ) Deputy Clerk